FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01026-BNB

ERNIE CALBART,

    Plaintiff,

v.

DENVER SHERIFF CAPT. SAUER,
DENVER SHERIFF GILMORE,
DENVER SHERIFF PACHCO,
DENVER SHERIFF GREG BENNETT,
DENVER SHERIFF ESPINOZA, and
DENVER SHERIFF SANTANGELO,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

    Plaintiff, Ernie Calbart, is detained in the Denver Van Cise–Simonet Detention Center in Denver, Colorado. He initiated this action on April 18, 2011 by filing *pro se* a Prisoner Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and has paid an initial partial filing fee.

    The Court will construe the Complaint liberally because Mr. Calbart is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellman*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for *pro se* litigants. *See Hall*, 935 F.2d at 1110. The Court has reviewed the Complaint and has determined that it is deficient. Mr. Calbart therefore will be directed to file an amended complaint for the reasons discussed below.

Mr. Calbart alleges in his Complaint that on February 21, 2011, he met with Defendants Sauer, Pachco, Espinoza, and Santangelo and reported that two inmates had threatened his life the previous day. Plaintiff requested that he be moved to another housing unit, but Defendants refused this request. The following day, Plaintiff was assaulted in the pod of his housing unit by one of the inmates who had threatened him. Plaintiff alleges that Defendants Gilmore and Bennett were "on duty" when the assault occurred. Plaintiff seeks a declaration that the Defendants have violated his constitutional rights by failing to protect him and requests compensatory and punitive damages.

Mr. Calbart does not allege specific facts to establish that the Defendants Gilmore and Bennett personally participated in the alleged violations of his constitutional rights. Mr. Calbart is advised that personal participation by a named defendant is an essential allegation in a civil rights action. **See Bennett v. Passic**, 545 F.2d 1260, 1262-63 (10th Cir. 1976). Mr. Calbart must therefore show that each named defendant caused the deprivation of a federal right. **See Kentucky v. Graham**, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. **See Butler v. City of Norman**, 992 F.2d 1053, 1055 (10th Cir. 1993). Furthermore, in order to state a claim in federal court, Mr. Calbart "must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir.

2007). Accordingly, it is

ORDERED that Plaintiff, Ernie Calbart, file **within thirty (30) days from the date of this order,** an amended complaint that complies with the directives in this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Calbart, together with a copy of this order, two copies of the following form to be used in submitting the amended complaint: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Calbart fails to file an amended complaint that complies with this order within the time allowed, Defendants Gilmore and Bennett will be dismissed from this action without further notice.

DATED May 12, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01026-BNB

Ernie Calbart
Prisoner No. 0000242440
Denver Sheriff Department
490 W. Colfax Ave.
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on May 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk