FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01026-BNB

ERNIE CALBART, SR.,

    Plaintiff,

v.

DENVER SHERIFF CAPT. SAUER,
DENVER SHERIFF SANTANGELO,
DENVER SHERIFF PACHCO, and
DENVER SHERIFF ESPINOZA,

    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED May 24, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01026-BNB

Ernie Calbart
Prisoner No. 0000242440
Denver Van Cise-Simonet Detention Center
490 W. Colfax Ave.
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 24, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk