IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-01026-CMA-KMT

ERNIE CALBART, SR.,

    Plaintiff,
v.

DENVER SHERIFF CAPT. SAUER,
DENVER SHERIFF SANTANGELO,
DENVER SHERIFF PACHCO, and
DENVER SHERIFF ESPINOZA,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN -3 2011

GREGORY C. LANGHAM
               CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendants.

DATED: June __02__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01026-CMA-KMT

Ernie Calbart, Sr.,
Prisoner No. 0000242440
Denver Van Cise-Simonet Detention Center
490 West Colfax Avenue
Denver, CO 80204

US Marshal Service
Service Clerk
Service forms for: Denver Sheriff Capt. Sauer,
Denver Sheriff Santangelo, Denver Sheriff Pachco,
and Denver sheriff Espinoza

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Denver Sheriff Capt. Sauer, Denver Sheriff Santangelo, Denver Sheriff Pachco, and Denver Sheriff Espinoza: AMENDED COMPLAINT FILED 5/19/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 6/3/11.

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk