**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01026-LTB-CBS

ERNIE CALBART, SR.,

        Plaintiff,

v.

DENVER SHERIFF CAPT. SAUER,
DENVER SHERIFF SANTANGELO,
DENVER SHERIFF PACHCO, and
DENVER SHERIFF ESPINOZA,

        Defendant.

_____

ORDER
_____

This case is before me on the Recommendation of the Magistrate Judge that Defendants' Motion to Dismiss Plaintiff's Prisoner Complaint (Doc 21) treated by the Magistrate Judge as a Motion for Summary Judgment pursuant to Rule 56 be granted and the action dismissed.  Plaintiff has now filed timely written objections to the Magistrate Judge's Recommendation.  I have reviewed the Recommendation *de novo* in light of the file and record in this matter.  On *de novo* review, I conclude that the Recommendation is correct.

Plaintiff has also filed an Affidavit addressing the issue of exhaustion of administrative review analyzed by the Magistrate Judge in his Recommendation.  And, Plaintiff has filed a "Motion for Permission to File An Amended Complaint" (Doc 78).  Plaintiff is not entitled to a second bite of the apple so as to dispute the Recommendation of the Magistrate Judge at this late date.

Accordingly

IT IS ORDERED that the Recommendation of the Magistrate Judge is approved and the Motion to Dismiss (Doc 21) treated as a Motion for Summary Judgment is GRANTED and this action is DISMISSED.

IT IS FURTHER ORDERED that the Motion for Permission to File an Amended Complaint (Doc 78) is DENIED.

BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   April 12, 2012